## Michael Connelly, Appellee, v. Michigan Central Railroad Company, Appellant.

### Gen. No. 22,895.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. OSCAR M. TORRISON, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed June 11, 1917.

### Statement of the Case.

Proceeding under Workmen's Compensation Act by Michael Connelly, plaintiff, against the Michigan Central Railroad Company, a corporation, defendant, to recover compensation for personal injuries. From a judgment of the Circuit Court awarding compensation, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; LESLIE M. O'CONNOR and J. SIDNEY CONDIT, of counsel.

No appearance for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1.  COMMERCE, § 4*—*when railroad employee is engaged in interstate commerce.*  A checker employed by a railroad company is

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

engaged in interstate commerce when checking freight out of a car which had been loaded in another State and brought therefrom into Illinois by such company.

2. COMMERCE, § 4*—*when railroad is engaged in interstate commerce.* A railroad company engaged in hauling freight from a point in one State to a point in another State is engaged in interstate commerce.

3. WORKMEN'S COMPENSATION ACT, § 4*—*where remedy of employee is not under.* Under section 2 of the Workmen's Compensation Act (J. & A. ¶ 5450), the remedy of an employee injured while engaged in interstate commerce, and while in the employ of a carrier by land engaged in interstate commerce, is under the Federal Employers' Liability Act and not under the Workmen's Compensation Act of 1911.